Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

UST-32, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 |
| TOUCHSTONE, ANNE ONNEN | CASE NO. 06-02111-PHX-RTB |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 101 | 12/16/10 | Anne Onnen Touchstone<br>1001 N. 34th Drive<br>Show Low, AZ 83701 | $1,453.06 |

*March 22, 2011*  /s/ Lawrence J. Warfield
DATE  Lawrence J. Warfield, Trustee